*Copies issued 1/24/07 JJM*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **JUDGMENT IN A CRIMINAL CASE** |
| vs. | |
| **RAYMOND HALL** | Case Number: 7:06-PO-005 (GHL) |

<u>None</u>
Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF:**

<u>XX</u> guilty __ nolo contendere] as to count(s) <u>1 as amended on the record</u>

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:** Disorderly Conduct, in violation of Title 18, United States Code, Section 13, assimilating Section 240.40 of the New York State Penal Law.

**DATE OFFENSE CONCLUDED:** September 25, 2006

**IT IS THE JUDGMENT OF THIS COURT THAT:** Defendant is ordered to pay a fine of $125.00 and a $5.00 special assessment, payable no later than February 10, 2007. Payments shall be made to the Clerk, U.S. District Court, at 100 S. Clinton Street, Syracuse, NY 13261. Until all fines, restitution, special assessments and costs are fully paid, defendant shall immediately notify the United States Attorney for this district of any change in name or address.

**IT IS FURTHER ORDERED** that **Count(s) <u>1 as originally charged</u>** is dismissed on motion of the United States.

<u>     January 10, 2007     </u>
Date of Imposition of Sentence

<u>January 19, 2007</u>
DATE SIGNED

<u>/s/ George H. Lowe</u>
GEORGE H. LOWE
U.S. Magistrate Judge